HONORABLE RONALD B. LEIGHTON

1

2

3

4

5

6

7                     UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
                             AT TACOMA

8

9    MARK RICKNER,                              CASE NO. C19-5857RBL

                         Plaintiff,             ORDER REQUESTING RESPONSE
10        v.                                    TO MOTION FOR
                                                RECONSIDERATION
11   ALLSTATE INSURANCE
     COMPANY,

12
                         Defendant.

13

14

15       THIS MATTER is before the Court on third party JPMorgan Chase Bank's Motion for

16   Reconsideration [Dkt. # 28] of the Court's February 13 Order Granting the parties Joint Motion

17   to Enforce Subpoena for Loan Records [Dkt. # 19]. Chase points out that the Motion was noted

18   for February 14, and that it timely responded to both it and the Subpoena.

19       Under Local Rule CR 7(h), the Court cannot grant a motion for reconsideration unless the

20   opposing party has an opportunity to file a response.

21

22

23

24

ORDER REQUESTING RESPONSE TO MOTION
FOR RECONSIDERATION - 1

1    The Court therefore REQUESTS the parties to file a Response to the Motion for

2 Reconsideration.  Any Response should address the Bank's claim that it has complied with the

3 subpoena and should be filed by March 6. The Motion for Reconsideration is RE-NOTED for

4 March 6.

5         IT IS SO ORDERED.

6         Dated this 2nd day of March, 2020.

7

8         _____
          Ronald B. Leighton
9         United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24