HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK RICKNER, et al., | CASE NO. C19-5857RBL |
| Plaintiffs, | ORDER |
| v. | |
| ALLSTATE INSURANCE COMPANY, | |
| Defendant. | |

THIS MATTER is before the Court on Non-Party Chase Bank's Motion for Reconsideration [Dkt. # 28] of the Court's Order [Dkt. # 19] Granting the parties' Joint Motion to Enforce Allstate's Subpoena to Chase [Dkt. # 10], seeking records demonstrating Plaintiff[1] Rickner's loan history with Chase.

Rickner's house was damaged by fire, and he made a claim with his insurer, Allstate. Allstate issued a check for a portion of Rickner's claim, but it also named a mortgagee (Chase) as a payee. Rickner claims that Chase is not and never was a lender with an interest in the property. He apparently could not cash the check. He sued, seeking damages under the policy and asserting extra-contractual bad faith claims. [Dkt. # 1-1].

---

[1] Mark and Heidi Rickner are married, and both are plaintiffs. The Court uses the singular for clarity.

ORDER - 1

For reasons that remain unclear, Allstate continues to insist that, "upon its information and belief," Chase is in fact a mortgagee, and its policy requires it to name Chase on any insurance payment regarding the Rickner home. Chase's Motion is based on its demonstrated claim that it has "no records" reflecting any lending relationship with Rickner, or any security interest in the subject home at the time of the loss or otherwise. [Dkt. #s 20, 22, and 28].

The Motion for Reconsideration is [Dkt. #28] GRANTED. The Motion to Enforce the Chase Subpoena [Dkt. #10] is DENIED. The Court's prior Order [Dkt. #19] granting that motion is VACATED.

IT IS SO ORDERED.

Dated this 9th day of March, 2020.

_Ronald B. Leighton_
Ronald B. Leighton
United States District Judge