UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK RICKNER and HEIDI RICKNER,

Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

Defendant.

C19-5857 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     The parties' stipulated motion, docket no. 48, to continue the trial date and related deadlines is GRANTED as follows.

| **JURY TRIAL DATE (7 days)** | **April 5, 2021** |
|---|---|
| Discovery motions filing deadline | November 5, 2020 |
| Discovery completion deadline | December 14, 2020 |
| Dispositive motions filing deadline | January 14, 2021 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions)[1] | January 21, 2021 |

---

[1] At the direction of the Court, a deadline for motions related to expert witnesses (*e.g.*, Daubert motions) has been added.  Any such motion shall be noted on the motion calendar no later than the third Friday after filing (see LCR 7(d)).

MINUTE ORDER - 1

| | |
|---|---|
| Mediation deadline | February 8, 2021 |
| Motions in limine filing deadline | March 4, 2021 |
| Agreed pretrial order[2] due | March 19, 2021 |
| Trial briefs, proposed voir dire questions, and jury instructions due | March 19, 2021 |
| Pretrial conference | March 26, 2021 at 1:00 p.m. |

(2) The deadlines for joining parties and disclosing expert testimony that were set by the Honorable Ronald B. Leighton have expired. *See* Minute Order (docket no. 9). All dates and deadlines other than those specified in the original scheduling order, docket no. 9, or this Minute Order are as specified in the Local Civil Rules. These are firm dates that can be changed only by order of the Court, and not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown; failure to complete discovery within the time allowed is not recognized as good cause. **In light of the current restrictions relating to Coronavirus Disease 2019, the Court expects counsel to conduct depositions (and other discovery) by remote means, for example, web-based video-conference platforms (*e.g.*, Cisco WebEx, GoToMeeting, Microsoft Teams, Skype for Business, Zoom, etc.) or telephonic conference. *See* Fed. R. Civ. P. 30(b)(4).** As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the agreed pretrial order in the format required by LCR 16.1.

(3) Notwithstanding Local Civil Rule 16.1, the exhibit list to be included in the agreed pretrial order shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it. The original and one copy of the trial exhibits are to be delivered in the manner and at a time coordinated with Gail Glass, who can be reached at 206-370-8522, no later than the Thursday before trial. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Plaintiffs' exhibits shall be numbered

---

[2] The agreed pretrial order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an Internet e-mail sent to the following e-mail address: ZillyOrders@wawd.uscourts.gov.

MINUTE ORDER - 2

consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiffs' last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit.  For example, if plaintiffs' last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

(4) Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial might have to await the completion of other cases.  If this case should settle, counsel shall notify Judge Zilly's Chambers at (206) 370-8830 as soon as possible.

(5) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of September, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 3