UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK RICKNER and HEIDI RICKNER,

Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

Defendant.

C19-5857 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' motion, docket no. 57, to continue defendant's motion for summary judgment, is GRANTED. *See* Fed. R. Civ. P. 56(d).

(2) Defendant's motion for summary judgment, docket no. 54, is RENOTED to March 19, 2021. Any response shall be filed by Thursday, March 11, 2021, and any reply shall be filed by the new noting date.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of February, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1