UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK RICKNER and HEIDI RICKNER,

Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

Defendant.

C19-5857 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   The parties' stipulated motion to continue trial and related deadlines, docket no. 62, is GRANTED as follows:

| **JURY TRIAL DATE (7 days)** | **September 13, 2021** |
|---|---|
| Discovery completion deadline | May 24, 2021 |
| Dispositive motions filing deadline | June 24, 2021 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | July 1, 2021 |
| Motions in limine filing deadline | August 12, 2021 |
| Agreed pretrial order due | August 27, 2021 |

MINUTE ORDER - 1

| Trial briefs, proposed voir dire questions, and jury instructions due | August 27, 2021 |
|---|---|
| Pretrial conference | September 3, 2021 at 10:00 a.m. |

All deadlines not modified by this Minute Order have expired. The provisions of the Minute Order entered September 24, 2020, docket no. 49, concerning any alteration of the case schedule and the need for counsel to be prepared to commence trial on the date set, the agreed pretrial order and the form of the exhibit list to be included therein, the numbering of trial exhibits, and immediate communication to the Court of any settlement remain in full force and effect.

    (2)    Defendant's motion for partial summary judgment, docket no. 54, remains noted for March 19, 2021.

    (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of March, 2021.

William M. McCool  
Clerk

s/Gail Glass  
Deputy Clerk

MINUTE ORDER - 2