UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK RICKNER and HEIDI RICKNER,

Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

Defendant.

C19-5857 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' unopposed motion, docket no. 81, to continue the trial date and related deadlines, is GRANTED as follows:

| **JURY TRIAL DATE (7 days)** | **January 18, 2022** |
|---|---|
| Motions in limine filing deadline | December 9, 2021 |
| Agreed pretrial order due | December 29, 2021 |
| Trial briefs, proposed voir dire questions, and jury instructions due | December 29, 2021 |
| Pretrial conference | January 7, 2022 at 10:00 a.m. |

All deadlines not modified by this Minute Order have expired. The provisions of the Minute Order entered September 24, 2020, docket no. 49, concerning any alteration of the case schedule and the need for counsel to be prepared to commence trial on the date

MINUTE ORDER - 1

set, the agreed pretrial order and the form of the exhibits list to be included therein, the numbering of trial exhibits, and immediate communication to the Court of any settlement, remain in full force and effect.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of July, 2021.

    Ravi Subramanian
    Clerk

    s/Gail Glass
    Deputy Clerk

MINUTE ORDER - 2