UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK RICKNER and HEIDI RICKNER,

Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

Defendant.

C19-5857 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 87, is GRANTED as follows. This case is REFERRED to the Honorable J. Richard Creatura, United States Magistrate Judge, pursuant to LCR 39.1(e) and MJR 9(a), for settlement purposes. The parties shall contact Judge Creatura's chambers at (253) 882-3780 to schedule a settlement conference and to arrange for submission of briefs in advance of the conference.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to Judge Creatura.

Dated this 27th day of December, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1