UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK RICKNER and HEIDI RICKNER,

Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

Defendant.

C19-5857 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to continue trial, docket no. 93, is GRANTED as follows. Trial is CONTINUED from Monday, June 13, 2022, to Tuesday, June 21, 2022.[1] The following dates and deadlines remain unchanged: (i) motions in limine shall be filed by May 12, 2022; (ii) an agreed pretrial order, trial briefs, proposed voir dire questions, and proposed jury instructions are due by May 23, 2022; and (iii) a pretrial conference is scheduled for June 3, 2022, at 10:00 a.m.

(2) Pursuant to the parties' stipulation, docket no. 93, the jury for this matter will be selected from the Seattle jury pool and, if trial is conducted in person, it will take place in the Seattle courthouse. The Court defers ruling until closer to the trial date on whether the pretrial conference and trial will proceed virtually or in person.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of March, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

---

[1] The parties' requested trial date of June 20, 2022, is a federal holiday.

MINUTE ORDER - 1