UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK RICKNER; and HEIDI RICKNER,

     Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

     Defendant.

C19-5857 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

 (1) Parties are DIRECTED to file their responses to the motions in limine, docket nos. 97 & 99, by Monday, May 30, 2022, by 9:00 a.m.

 (2) Plaintiffs are DIRECTED to file by Thursday, June 2, 2022, a supplemental trial brief not to exceed five pages addressing: (1) whether the breach of contract claim in this matter is untimely in light of the one-year suit limitation clause, and (2) whether the suit limitation clause presents an issue for the Court or for the jury. Defendant may file a reply, not to exceed five (5) pages, by Wednesday, June 8, 2022.

 (3) Plaintiffs are DIRECTED to, by Monday, May 30, 2022, by 9:00 a.m. file copies of or a reference in the docket to all police reports that they seek to exclude, all medical testimony or reports they seek to exclude, and any photos of personal property or references to personal property that they seek to exclude. Plaintiffs may file the medical testimony and reports and the photos and references to personal property under seal.

MINUTE ORDER - 1

(4) Pursuant to the parties' agreement stipulating to hold the trial at the Seattle Courthouse and to use a Seattle jury pool, the Court DIRECTS that the division of this case be changed to Seattle.

(5) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of May, 2022.

Ravi Subramanian  
Clerk

s/Gail Glass  
Deputy Clerk

MINUTE ORDER - 2