UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK RICKNER and HEIDI RICKNER,

Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

Defendant.

C19-5857 TSZ

MINUTE ORDER

The Court having conducted a telephonic conference on June 6, 2022, during which Spencer Freeman appeared on behalf of plaintiffs and Rory Leid, III and Alison O'Neill appeared on behalf of defendant, the following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Counsel are ADVISED that the Court is considering conducting trial in this matter virtually via the ZoomGov.com platform. Counsel are DIRECTED to file any objections to a virtual trial by 5:00 p.m. on Friday, June 10, 2022.

(2) Counsel are DIRECTED to file supplemental briefs, not to exceed twelve (12) pages in length, by 5:00 p.m. on Friday, June 10, 2022, addressing: (i) whether plaintiffs' theory that defendant is equitably estopped from asserting the contractual one-year suit-limitation period presents an issue for the Court or the jury; (ii) whether plaintiffs may seek treble damages under the Insurance Fair Conduct Act ("IFCA"); and (iii) whether the domestic-abuse exception applies in connection with defendant's affirmative defenses of misrepresentation/concealment and/or exclusion based on arson.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of June, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1