UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK RICKNER; and HEIDI RICKNER,

           Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

           Defendant.

C19-5857 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Exhibit D to the Declaration of Jack Thomas, docket no. 26, is a letter dated August 13, 2018, from Thomas to defendant Allstate Insurance Company. The letter references an enclosed notice pursuant to Washington's Insurance Fair Conduct Act ("IFCA"). The referenced notice, however, is not attached to Thomas's declaration. On or before Monday, August 29, 2022, plaintiffs are DIRECTED to either file the IFCA notice into the record or direct the Court to where in the present record the IFCA notice can be found.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of August, 2022.

           Ravi Subramanian
           Clerk

           s/Gail Glass
           Deputy Clerk

MINUTE ORDER - 1